IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ORIGINAL

Kwamé Bolton
_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

C/O New York City Transit
Robert K Nriban
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. CV 26 - 00976

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

MERCHANT, J.

CROSS-GOLDENBERG, M.J.

REC'D IN PRO SE OFFICE
FEB 19 '26 AM10:37

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                        Kwame Bolton
Street Address              355 Danforth Av
City and County             Jersey City, NJ  07305
State and Zip Code
Telephone Number            (917) 202-0976
E-mail Address              Boltkw328@yahoo.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1             Robert K. Urinan

Name                        New York City Transit
Job or Title                Robert K. Urinan
(if known)                  New York City Transit
Street Address              130 Livingston St
City and County             Brooklyn, NY 11201
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:       *Robert K. Trinan*

Name  *New York City Transit*

Street Address  *130 Livingston St*

City and County  *Brooklyn, NY  11201*

State and Zip Code _____

Telephone Number _____

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note: In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

3

☐    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☑    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☐    Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October    2021 _____

4

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color_____

☐    gender/sex _____

☐    religion _____

☐    national origin _____

☐    age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*
       HIV _____

E.    The facts of my case are as follows.  Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_December 2021_

B.    The Equal Employment Opportunity Commission *(check one)*:

☐ /    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

_____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_____

_____

_____

_____

_____

_____

6

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02 /18 /2026

Signature of Plaintiff

Printed Name of Plaintiff    Kwame Bolton

7



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

Kwame Y. Bolton
702 E. New York Ave Apt 4D
BROOKLYN, NY 11203
NEW YORK CITY TRANSIT (MTA)
130 LIVINGSTON ST
Brooklyn, NY 11201, UNITED STATES OF AMERICA

Robert K Drinan
130 LIVINGSTON ST # 12
Brooklyn, NY 11201

Re:  Kwame Y. Bolton v. NEW YORK CITY TRANSIT (MTA)
     EEOC Charge Number: 520-2022-02534

The Commission has determined that efforts to conciliate this charge as required by The Americans With Disabilities Act of 1990 (ADA) and Title VII of the Civil Rights Act of 1964 (Title VII) have been unsuccessful.    This letter is the notice required by §1601.25 of the Commission's Regulations, which provides that the Commission shall notify a Respondent in writing when it determines that further conciliation efforts would be futile or non-productive. No further efforts to conciliate this case will be made.

Accordingly, we are at this time forwarding the case to the Department of Justice for litigation review. A determination should be forthcoming in the near future.

On Behalf of the Commission:

Digitally Signed By:Arlean Nieto
08/07/2025
_____
Arlean Nieto
Acting District Director

 Outlook

---

[EXTERNAL]

---

**From** Kwame Bolton <boltkw328@yahoo.com>
**Date** Wed 2/18/2026 12:21 PM
**To** Bolton, Kwame <kwb9011@nyp.org>

Jan 8, 2026

Kwame Bolton
boltkw328@yahoo.com

Re: Kwame Bolton v. New York City Transit, et al.,
EEOC Charge No. 520-2022-02534

Dear Kwame Bolton,

This notice is in reference to the charge(s) of discrimination identified above, which [was/were] referred to the Department of Justice by the Equal Employment Opportunity Commission (EEOC) after conciliation efforts by the EEOC were unsuccessful. The Department of Justice has determined that it will not file a lawsuit based on the charge(s). The decision not to file a lawsuit is not a determination by the Department of Justice of whether your allegations of discrimination have merit.

Therefore, you are hereby notified that you have a right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

- Title I of the Americans with Disabilities Act, 42 U.S.C. § 12111, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**. If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: New York District Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/newyork/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

CC: boltkw328@yahoo.com, Robert.Drinan@nyct.com, PRENTICE.COLLAZO@eeoc.gov

**Contact**

civilrights.justice.gov          m  U.S. Department of          ph  (202) 514-3847
                                 ail     Justice                 one     1-855-856-1247 (toll-free)

Civil Rights Division
950 Pennsylvania
Avenue, NW
Washington, D.C.
20530-0001

Telephone Device for the
Deaf
(TTY) (202) 514-0716

Civil Rights Division
950 Pennsylvania
Avenue, NW
Washington, D.C.
20530-0001

Telephone Device for the
Deaf
(TTY) (202) 514-0716

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St. 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

**Charging Party**
Kwame Y. Bolton
702 E. New York Ave, Apt. 4D
Brooklyn, NY 11203

**Respondent**
NEW YORK CITY TRANSIT (MTA)
c/o Alison MacGregor, Esq.
Deputy General Counsel/Unit Chief Labor & Employment
2 Broadway
New York, NY 10004

Re:    *Kwame Y. Bolton v. NEW YORK CITY TRANSIT (MTA)*
       *EEOC Charge Number: 520-2022-02534*

## DETERMINATION

On behalf of the U.S. Equal Employment Opportunity Commission ("EEOC" or "Commission", I issue the following determination on the merits of the subject charge filed under The Americans with Disabilities Act of 1990, as amended ("ADA"), and Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). All requirements for coverage have been met.

Charging Party alleges that he in the charge of discrimination dated June 22, 2022, he was discriminated against on the basis of his disability. Charging Party asserts that he was initially provided a conditional offer of employment by Respondent, subject to a medical exam. Charging Party alleges Respondent made unlawful medical inquires, forcing him to disclose his disability, placing him on medical hold, and requiring him to provide medical documentation related to his disability. Charging Party further alleges that after disclosing his disability he was denied a position.

Charging Party alleges in his amended EEOC charge of discrimination dated January 24, 2023, that he was denied a position due to his disability, race, sex, and in retaliation for participating in protected activity. Charging Party alleges that Respondent informed him that it would not hire him due to inconsistencies with his high school diploma and identification documents. Respondent refused to accept Charging Party's explanation that his name had changed. Charging Party asserts that



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

another representative reached out to him and asked if he was still interested in a position. Charging Party asked Respondent why it would reach out him when previously informed he would not be hired. Charging Party claims that he was not provided with any position of employment or follow up. Charging Party explains that Respondent does not hold individuals that do not submit complaints of discrimination against their organization, non-African American employees, and females who indicate a secondary name to the same level of scrutiny.

Respondent denies all the allegations and states that Charging Party was not hired because he failed to provide proper documentation to verify his identity and confirm he received a high school diploma.

The Commission investigation reveals that applicants, who were given a conditional job offer, were subjected to a medical exam. However, those who revealed a certain disability status were subjected to a medical hold and additional impermissible medical inquiries, not required of others in the same job category. During the investigation, Respondent elected to change its practice to stop using the impermissible inquiries.

The evidence shows that after Charging Party disclosed his disability, he was not hired. The evidence further showed that after Charging Party filed his EEOC Charge, Respondent failed to follow its own practice and overly scrutinized Charging Party's employment verification documentation with respect to a name change. The evidence further showed that other applicants were not similarly scrutinized. The evidence further showed a discriminatory animus based on race.

Based on the foregoing, I find that there is reasonable cause to believe that Charging Party was discriminated against due to his disability, race, and in retaliation for filing an EEOC Charge, in violation of the ADA and Title VII.

The Commission makes no finding with regard to any other basis/issue and/or statute alleged or construed to have been alleged in the subject charge.
This determination is final. The statute requires that, if the Commission determines that there is reasonable cause to believe that violations have occurred, it shall endeavor to eliminate the alleged unlawful employment practices by informal methods of conference, conciliation, and persuasion. Having determined that there is reason to believe that violations have occurred, the Commission now invites Respondent to join with it in an effort toward a just resolution of this matter. If you wish to participate in conciliation, please email Prentice.Collazo@EEOC.GOV.
Enclosed is a letter outlining the proposed terms of conciliation.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

Disclosure of information obtained by the Commission during the conciliation process may only be made in accordance with the statute and the Commission's Procedural Regulations. The confidentiality provisions of Section 107 of the ADA, Section 706 and 709 of Title VII, and Commission Regulations apply to information obtained during conciliation.

If Respondent declines to enter into conciliation discussions, or when the Commission's representative is unable to secure an acceptable conciliation agreement, the Director shall so inform the parties, advising them of the court enforcement alternatives available to aggrieved persons and the Commission.

On behalf of the Commission:

# GWENDOLYN HOY
Digitally signed by GWENDOLYN HOY
Date: 2025.07.14 16:28:41 -04'00'

Arlean Nieto                                              Date
Acting District Director

**This Message Is From an Untrusted Sender**
CAUTION! This email originated outside from the organization, from a sender whom you do not frequently communicate with. Do not click links or open attachments unless you trust this sender.

Report Suspicious